IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES M. RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:13cv524–HEH |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER
### (Adopting Report & Recommendation)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on August 11, 2014 (ECF No. 17). The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, the Report and Recommendation of the Magistrate Judge (ECF No. 17) is ACCEPTED and ADOPTED as the OPINION of the Court.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: August 27, 2014
Richmond, Virginia